UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cr-80073-Cannon/Reinhart

18 U.S.C. § 2252A(a)(2) & (b)(1)
18 U.S.C. § 2252A(a)(5)(b) & (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

ANDRE TOOKES, JR.,

Defendant.
_____/



FILED BY _____ D.C.

APR 13 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### INDICTMENT

The Grand Jury charges that:

### COUNTS 1-9
### 18 U.S.C. § 2252A(a)(2) & (b)(1)
### (Receipt of Child Pornography)

On or about the approximate date enumerated as to each count listed below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ANDRE TOOKES, JR.,**

did knowingly receive child pornography, and material containing child pornography, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, including by computer, as defined in Title 18, United States Code, Section 2256(8):

| Count | Date |
|---|---|
| 1 | May 25, 2022 |
| 2 | November 17, 2022 |
| 3 | November 29, 2022 |
| 4 | December 7, 2022 |
| 5 | January 26, 2023 |
| 6 | February 6, 2023 |

| 7 | February 8, 2023 |
| 8 | February 28, 2023 |
| 9 | March 30, 2023 |

In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## COUNTS 10
## 18 U.S.C. § 2252A(a)(5)(B) & (b)(2)
## (Possession of Child Pornography)

On or about March 31, 2023, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

## ANDRE TOOKES, JR.,

knowingly possessed child pornography, and material containing child pornography, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, as defined in Title 18, United States Code, Section 2256(8), all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Pursuant to Title 18, United States Code, Section 2252A(b)(2), it is further alleged that this violation involved an image of child pornography involving a prepubescent minor and a minor who had not attained twelve years of age.

## FORFEITURE

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ANDRE TOOKES, JR.**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252A, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such offense; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, and any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-cr-80073-Cannon/Reinhart

v.

ANDRE TOOKES, JR.

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)             (Check only one)
   I   ☒ 0 to 5 days            ☐ Petty
   II  ☐ 6 to 10 days           ☐ Minor
   III ☐ 11 to 20 days          ☐ Misdemeanor
   IV  ☐ 21 to 60 days          ☐ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-mj-8173-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of March 31, 2023
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: *Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
FL Bar No.    0648477

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: Andre Tookes, Jr.

Case No: 23-cr-80073-Cannon/Reinhart

Counts #1-9:

Receipt of Child Pornography

18 U.S.C. § 2252A(a)(2) and (b)(1)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Count #10:

Possession of Child Pornography

18 U.S.C. § 2252A(a)(4)(B) and (b)(2)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.