UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80073-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ANDRE TOOKES, JR.,**

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 21]. On May 17, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 19] during which Defendant pled guilty to Count 1 of the Indictment [ECF No. 11] pursuant to a written factual proffer and plea agreement [ECF No. 20]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 1 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 11]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 21] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Andre Tookes, Jr.** as to Count 1 of the Indictment is **ACCEPTED**.

CASE NO. 23-80073-CR-CANNON

3. Defendant **Andre Tookes, Jr.** is adjudicated guilty of Count 1 of the Indictment, which charges him with receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1) [ECF No. 11].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of June 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record